**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 30 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
<u>UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. <u>4:23-cv-00499-KGB</u>

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.    Name of plaintiff: <u>Harun Sulaiman Yusef McDaniels</u>
         ADC # <u>3178 (Inmate I.D.)</u>
         <u>Cleburne County Detention Center</u>
         Address: <u>914 South 9th St., Heber Springs, AR 72543</u>

         Name of plaintiff: _____
         ADC # _____

         Address: _____

         Name of plaintiff: _____
         ADC # _____

> This case assigned to District Judge Baker
> and to Magistrate Judge Ervin

         Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.    Name of defendant: <u>Tammy Harris</u>

         Position: <u>Public Defender</u>
         Place of employment: <u>Public Defender's Office Sixteenth Judicial District</u>

         Address: <u>2319 Highway 110 West, Heber Springs, AR 72543</u>

         Name of defendant: <u>Judge Weaver</u>

         Position: <u>Judge</u>

Place of employment: <u>Cleburne County Court</u>

Address: <u>301 W. Main St., Heber Springs 72543</u>

Name of defendant: <u>Drew Smith</u>

Position: <u>Prosecutor</u>

Place of employment: <u>Prosecutor's Office</u>

Address: <u>P.O. Box 1437 Heber Springs AR 72543</u>

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☒ official capacity only
    ☐ personal capacity only
    ☐ both official and personal capacity

III. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No _X_

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    ☐ Parties to the previous lawsuit:

    Plaintiffs: _____

    _____

    Defendants: _____

    _____

☐   Court (if federal court, name the district; if state court, name the county):
_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: <u>Cleburne County Detention Center</u>
_____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

__X__   in jail and still awaiting trial on pending criminal charges

_____   serving a sentence as a result of a judgment of conviction

_____   in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____
_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes _X_   No ____

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

  I am a Black male that has had the misfortune to be arrested & held in Cleburne County. This is a very racist county where I have suffered constitutional & civil rights violations. It is what the white inmates here have called a "No Black Zone". So much so that on my court papers I am marked as a white male as Black is not an option. The matter I bring to the court is a civil & constitutional rights violation I believe is racially motivated. However constitutional is my focus as this county seems to think enforcing the law puts them above it.

  Tammy Harris is my public defender. She was appointed to me on 3/1/23 & that was the last time I saw her. I was not given a chance to talk or

VII. Statement of Claim... Continued...
express my wishes. My court date was set out five months. I wrote Tammy Harris 3/6/23 to express I was not happy with this & my decision concerning the objective of my defense. I told her I wanted all time waivers pulled & to invoke my speedy trial rights. Hearing nothing back I had a notary stamp a letter on 4/10/23 telling her I was accepted into a program & I still wanted my speedy trial or the matter resolved by then. Still I heard nothing back so again I wrote a notary stamped letter on 4/24/23 to remind her that the time for my speedy trial was almost up & ask why I still was not back on the docket yet. Of course during the time I am being ignored by Tammy Harris I watch two other white inmates she represented by the names of John Lovell & Michael Minix come in after me, get accepted into the same program after me and have left to the program. Michael Minix had a court date in October & was rushed through while my letters & calls have been ignored. My expressed desires for the direction of my defense have been ignored & the time for my speedy trial has lapsed.

    Judge Weaver, the judge over my case has allowed this injustice in his court. After not hearing back from Tammy Harris when I wrote her on 3/6/23 I wrote Judge Weaver a notary stamped letter on 3/20/23. I informed him that I had expressed my desire for speedy trial & filed a motion of my own. I expressed to him Tammy Harris had not contacted me on the matter as of yet. I did not hear from him or his office. I wrote Judge Weaver another notary stamped letter on 4/24/23 to remind him that I had asked for a speedy trial from him as well as Tammy Harris. There was no reply to this letter either. As if ignoring me means it is ok to violate my rights. Judge Weaver knows & understands the scope of representation & allocation of authority between client and lawyer. After my first letter to Tammy Harris I mailed my

VII. Statement of claim... Concluded

letters to her notarized to the circuit court clerk so they would be on file. As well as letters to the Judge which you should be able to find: Cleburne County, Case # No. CR-12CR-23-29. As an officer of the court and even more as the presiding judge he should have called Tammy Harris on her dereliction of duty. In not doing so he abetted in this violation of justice. I wrote Judge Weaver again on 5/11/23 to file a motion for Rule 37; Absolute Discharge. Still I am ignored.

Drew Smith is the prosecutor in this case. There are obvious lies in the police report that point out racial profiling but he chose to prosecute. There was no probable cause or consent to search. Of course the system works together and they turn a blind eye to those things that benefit them. Especially racial profiling in a racist small town. As an officer of the court Drew Smith also had a responsibility to call Tammy Harris on her dereliction of duty. Of course the adversary system is not very adversarial between lunch buddies and a client has little to no hope.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like all all three defendants reprimanded on record for failing in their duties as officers of the court. I would like my motion for Absolute

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21 day of May, 20 23.

_____Jam McDonnel_____

_____
Signature(s) of plaintiff(s)

*Dana Harris*
5/21/23

"OFFICIAL SEAL"
DANA HARRIS
NOTARY PUBLIC • STATE OF ARKANSAS
CLEBURNE COUNTY
COMMISSION# 12372366  EXPIRES 07-19-2029

7/19/29

VIII. Relief.... Continued

Discharge granted. Also if the court sees fit that I receive fair monetary compensation for every day over the time I should have been taken to trial. The amount to be decided by the court.

Harun S. McDaniels #3178
Cleburne County Detention Center
914 S. 9th Street
Heber Springs AR 72543

Mailed From
Cleburne County
Detention Center

Pro Se Clerk

600 W. Capitol Ave, Room A149

Little Rock, AR 72201



Legal Mail